1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | IN RE: BEXTRA AND CELEBREX          ) Case No. 06-5912 CRB
   | MARKETING SALES PRACTICES AND       )
13 | PRODUCT LIABILITY LITIGATION        ) MDL NO. 1699
                                         ) District Judge: Charles R. Breyer
14 |_____     )
                                         )
15 | Cerwilla McNeil, Individually and on behalf of )
   | Mary Jones,                         ) **STIPULATION AND ORDER OF**
16                                       ) **DISMISSAL WITH PREJUDICE**
                 Plaintiffs,             )
17                                       )
            vs.                          )
18                                       )
   | Pfizer Inc., et al.                 )
19                                       )
                 Defendants.             )
20 |_____

21     Come now the Plaintiff, Cerwilla McNeil, Individually and on behalf of Mary Jones, and

22 Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

23 Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

24 the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

                                            -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| | | David P. Matthews |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: _____ |
| | | Michelle W. Sadowsky |
| 8 | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**